IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAMELLIA LABARR**, *Plaintiff*, <br><br> v. <br><br> **CONVERGENT OUTSOURCING, INC.**, *Defendant*. | **CIVIL ACTION NO. 2:21-cv-03849** |

ORDER RE: DEFENDANT'S MOTION FOR
JUDGMENT ON THE PLEADINGS

**AND NOW** this 18th day of May 2022, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF 11), Plaintiff's Response (ECF Nos. 14–16), Defendant's Reply (ECF 18), Plaintiff's Supplemental Briefing (ECF Nos. 20–21), and Defendant's Supplemental Briefing (ECF 25) and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings is **GRANTED**.

Plaintiff's Motion for Leave to File an Amended Complaint (ECF 26) is **DENIED** because Plaintiff's Amended Complaint failed to cure the factual deficiencies contained in Plaintiff's original Complaint and because Plaintiff filed her Amended Complaint (ECF 22) in violation of Federal Rule of Civil Procedure 15 and this Court's April 7, 2022 Order.  ECF 19.

The Clerk of Court shall close this case.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-3849 Labarr v. Convergent Outsourcing, Inc\21cv3849 JMOL Order.docx